COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Eric Ramirez and LA Public Insurance Adjusters, Inc. v. Dick Law Firm, PLLC and Eric Dick

Appellate case number:   01-21-00392-CV

Trial court case number: 2019-30183

Trial court:                    113th District Court of Harris County

Date motion filed:          January 17, 2023

Party filing motion:        Appellees


It is ordered that the motion for rehearing filed by appellees, Dick Law Firm PLLC and Eric Dick, is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting for the Court

Panel consists of: Justices Kelly, Countiss, and Rivas-Molloy.


Date:   ___February 7, 2023_____